**George PASENTINO and Henry Mitchell, Appellants, v. UNITED STATES of America.**

No. 9019.

Circuit Court of Appeals, Eighth Circuit.

March 7, 1931.

See, also, 49 F.(2d) 767.

Frank D. Rader, Charles S. Walden, and Paul S. Conwell, all of Kansas City, Mo., for appellants.

William L. Vandeventer, U. S. Atty., and Claude E. Curtis, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Appeal dismissed as to Henry Mitchell, on his motion, without costs to either party in this court.